# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** ILUMINADA HERNANDEZ RIOS
**Case Number:** 09-03044-MCF13　　　　　　　　　　**Chapter:** 13
**Date / Time / Room:** 8/5/2010 9:30 AM
**Bankruptcy Judge:** MILDRED CABAN FLORES
**Courtroom Clerk:** YOLANDA DIAZ CORTES
**Reporter / ECR:** JOSE GRAZIANI

## Matter:

TRUSTEE'S APPLICATION FOR FRBP 2004 EXAMINATION OF EDWIN O. CINTRON (#30)
DEBTOR'S ANSWER (#31)

## Appearances:

JOSE RAMON CARRION MORALES
MANUEL E FUSTER MARTINEZ
CARLOS C ALSINA BATISTA

## Proceedings:

**ORDER:**

___ Plan dated _____ [Dkt #___] ___CONFIRMED ___ NOT CONFIRMED ___LBR 3015-2(h)

Atty.'s Fees: $_____

✓ ~~Movant's~~ **Debtor's** application to withdraw motion is hereby granted. Re: Docket No. **31**

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____
Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

✓ Other: **Trustee's Application for FRBP 2004 examination of Edwin O. Cintron is hereby granted.**

/S/MILDRED CABAN FLORES
U.S. Bankruptcy Judge